UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

CASE NO.: 19-cr-00536-PKC

v.

ABEL MONTILLA
    Defendant
_____/

## ODER FOR ADMISSION PRO HAC VICE

The motion of **Ivan E. Mercado** for admission to practice Pro Hac Vice in the above captioned action is Granted.

Applicant has declared that he is a member in good standing of the bars of the states of Florida and Massachusetts; and that his contact information is as follows:

    **Ivan E. Mercado**
    Mercado & Rengel, LLP
    1330 Beacon St. Ste. 300
    Brookline, MA 02446
    Tel: 617-284-6700
    Fax: 305-260-6189
    Email: ivan@mercadorengel.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Abel Montilla** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/30/2021

_United States District / Magistrate Judge_