Ivan E. Mercado
1330 Beacon St., Ste. 300
Brookline, MA 02446
617.284.6700
www.mercadorengel.com
ivan@mercadorengel.com


MERCADO & RENGEL

October 12, 2021

**VIA ECF**

Judge P. Kevin Castel
Daniel Patrick Moynihan
US Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*Order*

RE: Abel Montilla, Criminal No. 19-cr-00536-PKC

Dear Judge Castel:

I write to request permission for me to appear by remote means at the ~~pretrial~~ conference that is scheduled in this case ~~for October 20, 2021~~ at 3:00 p.m. Counsel is currently in Madrid, Spain and is unable to travel to New York prior to the 20th in order to be physically present. Counsel could attend via telephone or video connection if available.

Wherefore, Counsel would ask for permission to attend the pretrial conference remotely.

*[Handwritten annotation by judge:]* How does this work? You will be on a telephone line and your client will be in the Courtroom. This conference was scheduled on August 19, 2021. When did counsel learn that he would be out of the country? Please read Doc 196 filed today. Application denied without prejudice.

SO ORDERED
/s/ P. Kevin Castel
USDJ
10-12-21

Respectfully submitted,
**Abel Montilla,**
By his attorney,

*/s/ Ivan E. Mercado*
Ivan E. Mercado
MERCADO & RENGEL, LLP
1330 Beacon St. Ste. 300
Brookline, MA 02446
617-284-6700
Fax: 305-260-6189
ivan@mercadorengel.com

cc: Juliana Newcomb Murray (Via ECF juliana.murray@usdoj.gov)