UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      S9 19 CR 536 (PKC)

    -against-                                  ORDER

ABEL MONTILLA,

                Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The time of the Final Pretrial Conference scheduled for September 20, 2022 is moved to 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        *P. Kevin Castel* (signature)
                                                      P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       August 23, 2022