UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                          **ORDER**
v.                                                                    19-cr-00536-PKC

ABEL MONTILLA,

      Defendant.

------------------------------------------------------X

      UPON the application of Ivan E. Mercado, Esq. attorney for the above-named defendant, ABEL MONTILLA, Essex County Correctional Facility Booking # 217006014, it being apparent that MR. MONTILLA is in need of appropriate clothing for trial,

      IT IS HEREBY ORDERED, that the WARDEN of the ESSEX COUNTY CORRECTIONAL FACILITY and his/her staff accept clothing on behalf of MR. MONTILLA and keep that clothing available to him so that he can wear it for trial beginning, Monday, September 26, 2022.

      IT IS FURTHER ORDERED that the WARDEN of the ESSEX COUNTY CORRECTIONAL FACILITY and his/her staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to continue for three (3) weeks.

                                                                            SO ORDERED:

                                                                            HON. P. KEVIN CASTEL

                                                                            9-13-22