**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2022

**BY ECF**
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Montilla*, S15 19. 536 (PKC)

Dear Judge Castel:

The Government writes to request that the Court permit Andrew Petersohn, a Government witness, to bring one cellphone and one laptop computer into the courthouse on December 13, 2022 and December 14, 2022.

The Government anticipates that it will call Mr. Petersohn to testify on December 13, 2022. Mr. Petersohn will provide testimony concerning cellphone location information. Mr. Petersohn lives in Pennsylvania and will be traveling to the District for the purpose of testifying. While waiting until it his is time to testify, Mr. Petersohn hopes to be able to perform work for his engineering business. To do so he requires use of his laptop and cellphone. It is also possible that Mr. Petersohn will need to access his laptop, before he testifies, to verify information related to his testimony. Mr. Petersohn will not use his cellphone or laptop in the courtroom. Depending on the pace of the trial, it is possible that Mr. Petersohn's testimony would continue to December 14, 2022.

Accordingly, the Government respectfully requests that the Court so-order this letter and permit Andrew Petersohn to bring one laptop and one cellphone into the courthouse on December 13, 2022 and December 14, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Juliana N. Murray / Ryan B. Finkel
Assistant United States Attorneys
(212) 637-2314 / -6612

*[Handwritten: Application GRANTED SO ORDERED / s/ 12-9-22]*

Copy to: Ivan Mercado, Esq.